UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Charles Hamby, <br><br> Plaintiff, <br> v. <br><br> Conn Appliances, Inc., <br><br> Defendant. | Civil Action No.: 4:15-cv-00149 |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Charles Hamby | Conn Appliances, Inc. |
|---|---|
| ___/s/ Jenny DeFrancisco_____ | __/s/ Michael Harvey_____ |
| Jenny DeFrancisco, Esq. | Michael Harvey, Esq. |
| CT Bar No. 432383 | Munsch Hardt Kopf & Harr, P.C. |
| Lemberg Law, L.L.C. | Pennzoil Place |
| 1100 Summer Street, 3rd Floor | 700 Milam Street, Suite 2700 |
| Stamford, CT 06905 | Houston, TX 77002 |
| Telephone: (203) 653-2250 | Telephone: (713) 222-4068 |
| E-mail: jdefrancisco@lemberglaw.com | E-mail: mharvey@munsch.com |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

 I hereby certify that on December 21, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By /s/ Jenny DeFrancisco
               Jenny DeFrancisco